IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **TIFFANY ROBINS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-1210-O-BP |
| § | |
| **BAYLOR SCOTT & WHITE,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 15, 17) are **GRANTED**, Robins's Complaint is **DISMISSED WITHOUT PREJUDICE** with leave to amend only as to her claims against Defendants Baylor Scott & White Health and Frisco Police Department, and Frisco Police Department's Motions to Transfer Venue (ECF Nos. 13, 26) are **DENIED AS MOOT**. Robins's Complaint against Turning Point (Non Profit) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).

If Plaintiff wishes to amend her Complaint (ECF No. 1) to state facts showing that the Court has subject-matter jurisdiction over her claims against Baylor Scott & White Health and

Frisco Police Department, she **SHALL FILE** a First Amended Complaint on or before fourteen days from the date of this Order.

    **SO ORDERED** on this **28th day** of **July, 2025**.

                                                  _____
                                                  Reed O'Connor
                                                  **UNITED STATES DISTRICT JUDGE**